**Antonius M. HEIJNEN, Petitioner–Appellant**

v.

**Keith HALL, Warden; CCA Eden Detention Center; Eric Holder, U.S. Attorney General; Department of Homeland Security–Immigration and Custom Enforcement, Respondents–Appellees.**

No. 12–10325
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 19, 2012.

Antonius M. Heijnen, Eden, TX, pro se.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Antonius M. Heijnen, federal prisoner # 21755–051, is serving a federal criminal

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

sentence in CCA Eden Detention Center in Texas. In addition, Heijnen is an alien against whom the Bureau of Immigration and Customs Enforcement (ICE) has issued a detainer, subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody. He appeals the denial of his 28 U.S.C. § 2241 petition challenging the BOP's policy excluding him, because he is a noncitizen with an ICE detainer, from rehabilitation programs that afford a reduction in sentence. *See* 28 C.F.R. § 550.55(b). The petition is foreclosed by this court's decision in *Gallegos–Hernandez v. United States*, 688 F.3d 190, 192–93 (5th Cir.), *cert. denied,* —— U.S. ——, 133 S.Ct. 561, 184 L.Ed.2d 365 (2012).

AFFIRMED.

the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.